JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BENNETT, | CV 12-5522 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO BANK SOUTHWEST, N.A. f/k/a WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK, FSB, and LOS ANGELES COUNTY SHERIFF | |
| Defendants. | |

Pursuant to the Court's August 6, 2012 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") , which dismissed all of the claims asserted by plaintiff Christopher Bennett ("Plaintiff") against Wells Fargo and defendant Los Angeles County Sheriff (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

    IT IS SO ORDERED.

DATED: August 6, 2012

_____
                    Percy Anderson
            UNITED STATES DISTRICT JUDGE